UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATHLEEN WATHEN, an individual,<br><br>      Plaintiff,<br><br>v.<br><br>MAMMOTH MOVING AND STORAGE, a California Limited Liability Company; IAT INSURANCE GROUP, a North Carolina Corporation; and TRANSGUARD GENERAL INSURANCE AGENCY, INC., an Oklahoma Corp.,<br><br>      Defendants. | Case No. 2:23-cv-00504-APG-DJA<br><br>**ORDER REGARDING JURISDICTION** |

  Kathleen Wathen filed this case in federal court, apparently invoking this court's diversity jurisdiction as no federal statute or constitutional provision is cited in the complaint. The party invoking this court's jurisdiction has the burden of proving that this court may properly assert jurisdiction over the parties and dispute. In her complaint, Wathen alleges that defendant Mammoth Moving & Storage is a limited liability company licensed to do business in California. ECF No. 2 at 1. However, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). *See also Mills 2011 LLC v. Synovus Bank*, 921 F. Supp. 2d 219, 220-21 (S.D.N.Y. 2013) ("In the case of a limited liability company, such citizenship [for purposes of diversity jurisdiction] is determined by the citizenship of natural persons who are members of the limited liability company and the place of incorporation and principal place of business of any corporate entities that are members of the limited liability company.").

  Wathen has not provided the identity and citizenship of the members of Mammoth. Therefore, I cannot determine whether the requirements of diversity jurisdiction are met.

I HEREBY ORDER that, by May 11, 2023, Wathen must file with the court sufficient proof and explanation of the citizenship of every member of Mammoth Moving & Storage so I may evaluate whether the court has jurisdiction over this case. If Wathen needs to conduct jurisdictional discovery, she must explain why.

Dated: April 17, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE