# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN WATHEN,<br><br>    Plaintiff<br><br>v.<br><br>MAMMOTH MOVING AND STORAGE, et al.,<br><br>    Defendants | Case No.: 2:23-cv-00504-APG-DJA<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that plaintiff Kathleen Wathen's certificate of interested parties (ECF No. 7) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of Kathleen Wathen as required by the recent amendment to that rule.

I FURTHER ORDER plaintiff Kathleen Wathen to file a proper certificate of interested parties by May 10, 2023.

DATED this 2nd day of May, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE