# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN WATHEN, | Case No.: 2:23-cv-00504-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| MAMMOTH MOVING AND STORAGE, et al., | |
| Defendants | |

In light of plaintiff Kathleen Wathen's status report regarding jurisdiction (ECF No. 10),

I ORDER that the order to show cause (ECF No. 5) is satisfied and I will not dismiss this case for lack of jurisdiction.

DATED this 17th day of May, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE