UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN WATHEN,<br><br>　　　Plaintiff<br><br>v.<br><br>MAMMOTH MOVING AND STORAGE, et al.,<br><br>　　　Defendants | Case No.: 2:23-cv-00504-APG-DJA<br><br>**Order Striking Certificates of Interested Parties** |

I ORDER that the certificates of interested parties filed by defendants Mammoth Moving and Storage, IAT Insurance Group, Inc., and Transguard Insurance Company of America, Inc. (ECF Nos. 18 through 21) are STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificates do not identify the citizenship of the defendants as required by the recent amendment to that rule.

I FURTHER ORDER defendants Mammoth Moving and Storage, IAT Insurance Group, Inc., and Transguard Insurance Company of America, Inc. to file proper certificates of interested parties by August 11, 2023.

DATED this 24th day of July, 2023.

　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE