ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
tkuhls@psalaw.net

*Attorneys for Defendants*
*Mammoth Moving & Storage, IAT Insurance Group and*
*Transguard General Insurance Agency, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN WATHEN, an individual, | Case No.: 2:23-cv-00504-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| MAMMOTH MOVING AND STORAGE, a California Limited Liability Company; IAT INSURANCE GROUP, a North Carolina Corporation; and TRANSGUARD GENERAL INSURANCE AGENCY, INC., an Oklahoma Corp. | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff, KATHLEEN WATHEN ("Plaintiff"), and Defendants, MAMMOTH MOVING AND STORAGE, IAT INSURANCE GROUP and TRANSGUARD GENERAL INSURANCE AGENCY, INC. (collectively "Defendants"), through their respective counsel of record, that any and all claims against Defendants in the above-captioned matter be dismissed with prejudice.

. . .

. . .

. . .

. . .

Each party to bear said party's own attorney's fees and costs.

DATED this 6 day of December 2023.

**FORTRESS LAW & REALTY**

KEITH D. ROUTSONG, ESQ.
Nevada Bar No. 14944
7995 Blue Diamond Road, Ste. 102 #642
Las Vegas, Nevada 89178

*Attorney for Plaintiff*
*Kathleen Wathen*

DATED this 6th day of December 2023.

**PHILLIPS SPALLAS & ANGSTADT LLC**

ROBERT K. PHILLIPS
Nevada Bar No. 11441
TIMOTHY D. KUHLS
Nevada Bar No. 13362
504 South Ninth Street
Las Vegas, Nevada 89101

*Attorneys for Defendants*
*Mammoth Moving & Storage, IAT Insurance Group and Transguard General Insurance Agency, Inc.*

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

**ORDERED, ADJUDGED, AND DECREED**, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 7th day of December 2023.

**U.S. DISTRICT COURT JUDGE**